402 A.2d 661

BECKWITH MACHINERY COMPANY, Appellant,

v.

COMMONWEALTH of Pennsylvania, Appellee.

Supreme Court of Pennsylvania.

Argued May 21, 1979.

Decided June 22, 1979.

Edward T. Baker, Harrisburg, for appellant.

Paul S. Roeder, Deputy Atty. Gen., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Order affirmed.